

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
UNITED STATES ATTORNEY

*Angela E. Juneau*
*Assistant United States Attorney*

970 Broad Street, Suite 700   main: (973) 645-2700
Newark, NJ 07102              direct:(862) 240-2409
angela.juneau@usdoj.gov

July 6, 2025

**Via Electronic Filing**
Honorable Julien Xavier Neals
United States District Judge
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Servellon Giron v. Noem, et al.,* Civil No. 25-6301-JXN

Dear Judge Neals:

      This Office represents Respondents in the above-referenced matter in which Petitioner has filed a petition for habeas corpus. I respectfully write to ask the Court for one additional week to respond to the petition.

      Petitioner filed the instant habeas petition on May 30, 2025. ECF No. 1. On June 6, 2025, the Court entered an order requiring Respondents to answer the petition by July 7, 2025. ECF No. 4. Respondents have been working diligently to file a timely answer. But the critical documents regarding Petitioner's detainment are in the custody of different field offices—Petitioner was originally detained in Baltimore, Maryland, then transferred to a detention center in Newark, New Jersey, until a few weeks ago, when he was transferred to a detention center in Louisiana. Accordingly, despite the government's efforts to locate the material documents and information, this Office is still working to locate some information that is critical to Respondents' answer.

      Accordingly, we respectfully request that the Court allow Respondents an additional week, or until July 14, 2025, to respond to the petition. Petitioner does not consent to this request.

      Thank you for your consideration of this request.

**So ORDERED on 7/7/2025:**



JULIEN XAVIER NEALS
United States District Judge

Respectfully submitted,

ALINA HABBA
United States Attorney

By:   *s/ Angela E. Juneau*
     ANGELA E. JUNEAU
     Assistant United States Attorney

cc:   All counsel of record (via ECF)