UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL LENIN SERVELLON GIRON<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Civil Action No. 25-06301 (JXN)<br><br>**WRIT OF HABEAS CORPUS AD SUBJICIENDUM** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court on the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 by Petitioner Angel Lenin Servellon Giron ("Petitioner"), challenging the legality of Petitioner's detention by U.S. Immigration and Customs Enforcement ("ICE"). (ECF No. 1.) The Petitioner is currently being held in custody by Respondents at the Winn Correctional Center in Winnfield, Louisiana.[1]

**IT IS**, on this 6th day of August 2025,

**ORDERED** that the Clerk of the Court shall add the Warden of the Winn Correctional Center as a Respondent in this matter; it is further

**ORDERED** that the Warden of the Winn Correctional Center is hereby **COMMANDED** to produce the Petitioner before this Court for an in-person hearing before the Honorable Julien Xavier Neals, U.S.D.J. on **August 12, 2025, at 12:00 p.m.**, at Courtroom 5D of the MLK Jr. Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102; it is further

**ORDERED** that Respondents shall coordinate and assist in the production of the Petitioner

---

[1] This is based upon information submitted by the Government. (*See* ECF No. 22-1.) The Government shall notify the Court immediately upon receipt of this Order if the Petitioner's location has changed.

before this Court for the hearing above; and it is further

**ORDERED** that the United States Marshal for the District of New Jersey or any other duly authorized Deputy United States Marshal is authorized to receive the Petitioner into possession at and under safe and secure conduct to have Petitioner before United States District Judge at the time and place aforesaid, for the purpose aforesaid.

JULIEN XAVIER NEALS
United States District Judge